IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI Sunbury LLC | : |
| | : |
| PLAINTIFF | : |
| | : CIVIL ACTION-LAW |
| v. | : DOCKET NO : 3:16-CV-00736 |
| | : |
| A PERMANENT EASEMENT FOR | : |
| 5.4306 ACRES, AND TEMPORARY | : ELECTRONICALLY FILED |
| CONSTRUCTION AND ACCESS | : |
| EASEMENT FOR 7.9485 ACRES IN | : |
| MONROE TOWNSHIP, SNYDER | : |
| COUNTY, PENNSYLVANIA TAX | : |
| PARCEL NOS. 12-02-045, 12-02-032, | : |
| 12-02-035. | : |
| | : |
| DAVID B. GRAY | : |
| 661 GRAY FARM LANE | : |
| 462 GRANGERS ROAD | : |
| 1967 COUNTY LINE ROAD | : |
| SELINSGROVE, PA 17870, | : |
| WITH RESPECT TO PARCEL NOS. 12- | : |
| 02-045, 12-02-032, 12-02-035 | : |
| | : |
| ANNETTE T. GRAY | : |
| 661 GRAY FARM LANE | : |
| 462 GRANGERS ROAD | : |
| 1967 COUNTY LINE ROAD | : |
| SELINSGROVE, PA 17870, | : |
| PARCEL NOS. 12-02-045, 12-02-032, | : |
| 12-02-035 | : |
| | : |
| AGCHOICE FARM CREDIT, ACA | : |
| 760 U.S. HIGHWAY 15 S | : |
| LEWISBURG, PA 17837, | : |
| WITH RESPECT TO PARCEL NO. 12-02- | : |
| 035 | : |
| | : |

5042755

| | |
|---|---|
| VERDILLA R. MARKEL<br>RD. #2, BOX 218<br>SELINSGROVE, PA 17870,<br>WITH RESPECT TO PARCEL NO. 12-02-032<br><br>AND ALL UNKNOWN OWNERS<br><br>　　　　DEFENDANTS | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT APPROVING PARTIES' JUNE 2, 2016 STIPULATION

NOW, this 14th day of June, 2016, in response to the Plaintiff's Motion for Partial Summary Judgment (Doc. 5), Plaintiff's Emergency Motion for Preliminary Injunction (Doc. 7), and the June 2, 2016 Stipulation of the Parties (Doc. 18), the Court finds that the Plaintiff has the substantive right to condemn the Gray Defendants' Property located in Monroe Township, Snyder County, Pennsylvania for possession of Rights of Way for the reasons that:

　　1.　　The Plaintiff has obtained a Certificate of Public Convenience and Necessity from the Federal Energy Regulatory Commission ("FERC") dated April 29. 2016;

　　2.　　The April 29, 2016 FERC Order covers the subject property and/or easements by agreement;

　　3.　　The Parties have previously entered into an agreement effective, June 2, 2016 for the grant of the relief requested by Plaintiff in its Emergency Motion

5042755

for Preliminary Injunction and an Order approving said Agreement was entered by the Court on June 6, 2016. (Doc. 19).

4. The Parties have entered into an agreement, effective June 8, 2016 whereby the Gray Defendants do not oppose the relief requested by Plaintiff in its Motion for Partial Summary Judgment.

As a result of this determination, the Plaintiff's Motion for Partial Summary Judgment (Doc. 5) is **GRANTED.**

Date: June 14, 2016.

**Matthew W. Brann**
**United States District Judge**

5042755